UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SAEED S. HADDAD, | ) |
| Plaintiff, | ) )  ) Civil Action No. |
| vs. | ) ) Assigned Judge: |
| UNITED STATES OF AMERICA, | ) ) Designated Magistrate Judge: |
| Defendant. | ) ) |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, SAEED S. HADDAD, by and through his attorneys, ANKIN LAW OFFICE, LLC, and complaining of the Defendant, UNITED STATES OF AMERICA (hereinafter referred to as "UNITED STATES"), states as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.* & 28 U.S.C. § 1346(b)(1), for negligence in connection with an employee's careless and negligent operation of a motor vehicle in the course and scope of his federal employment with the United States Postal Service ("USPS").

2. The claim for damages herein is brought against the Defendant, UNITED STATES, pursuant to the Federal Tort Claims Act for money damages as compensation for personal injuries caused to the Plaintiff by the Defendant's negligence.

3. Pursuant to 28 U.S.C. § 2675, on October 10, 2023, SAEED S. HADDAD presented an Administrative Claim for the claims set forth below to the United States Postal Service. (See the Signed Standard Form 95 presented on October 10, 2023, attached as Exhibit "A").

1

4. The United States Postal Service has constructively denied the Plaintiff's Administrative Claim by failing to make a formal final disposition of the claim within six months after he filed his notice of the claim. See 28 U.S.C. § 2675(a).

5. All conditions precedent to the filing of an action under the Federal Tort Claims Act have been met pursuant to 28 U.S.C. § 2675 and Plaintiff is now filing this Complaint.

6. Plaintiff is, and at all times relevant to this Complaint was, a resident at 12904 South Marquette Avenue, Chicago, Illinois 60633.

7. The Defendant UNITED STATES (for the actions of the agent, servant, and/or employee of the United States Postal Service) is a federal governmental entity amenable to suit in this action pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b), 2401(b) and 2671-80.

8. This Honorable Court has jurisdiction over this action against the Defendant, UNITED STATES, pursuant to 28 U.S.C. § 1346(b).

9. Venue is properly within this District under 28 U.S.C. § 1402(b), as the events or omissions giving rise to the claim occurred in the Northern District of Illinois.

## FACTUAL ALLEGATIONS

10. On June 6, 2023, Rufuso McGee, was an employee of the United States Postal Service.

11. On June 6, 2023, Rufuso McGee, was an employee and/or agent of Defendant, UNITED STATES.

12. On June 6, 2023, Rufuso McGee, was acting within the course and scope of his authority as an employee and/or agent of Defendant, UNITED STATES.

13. On June 6, 2023, at approximately 9:30 p.m., Plaintiff's vehicle was stopped in traffic at or near 545 North LaSalle Street in the City of Chicago, County of Cook, State of Illinois.

14. At the same time, a United States Postal Service truck driven by employee, Rufuso McGee, struck the rear of the Plaintiff's vehicle pushing Plaintiff's vehicle forward while he pressed his breaks to avoid striking the vehicle in front of him.

## CAUSE OF ACTION FOR NEGLIGENCE

15. At the time and place of the collision, Plaintiff was acting with due care and caution for his own safety and the safety of others on the roadway.

16. At the time and place of the collision, it was the duty of Rufuso McGee to operate a vehicle with reasonable care and with due regard for others using the road.

17. Notwithstanding such duties, the Defendant, UNITED STATES, by and though its employee and/or agent, Rufuso McGee, was guilty of one or more of the following negligent acts and/or omissions:

   a. Failing to use ordinary care to keep a proper lookout;
   b. Failing to use ordinary care to keep his vehicle under proper control;
   c. Failing to come to a full and complete stop before striking Plaintiff's vehicle;
   d. Failing to react as a reasonable person would have reacted to avoid the collision;
   e. Following too closely for conditions in violation of 625 ILCS 5/11-710;
   f. Driving at an unreasonable and excessive rate of speed for conditions in violation of 625 ILCS 5/11-601; and
   g. Failing to use reasonable care in driving, giving due regard to all surrounding circumstances, persons, vehicles, and traffic laws.

18. As a direct and proximate result of the aforesaid reckless, careless and/or negligent actions and omissions of Rufuso McGee, employee and/agent of the Defendant, UNITED STATES, Plaintiff sustained serious and permanent bodily injuries; has been prevented from performing work and

household duties to the fullest extent; has suffered and will continue to suffer physical pain and mental anguish; has suffered inconvenience and may suffer inconvenience in the future; has lost wages; and has incurred medical expenses including hospital, doctors and related medical bills for medical care and treatment necessary to treat, care for, cure and ameliorate his injuries.

19. The Defendant, UNITED STATES, is liable pursuant to 28 U.S.C. § 1346(b)(1).

WHEREFORE, Plaintiff SAEED HADDAD prays for judgment against the Defendant, UNITED STATES, and for damages in the amount of $ 10,000,000.00 (Ten Million Dollars) as shall be just and proper compensation for the injuries sustained, plus costs.

ANKIN LAW OFFICE LLC

*/s/Matthew C. Friedman*
Attorney for Plaintiff

Matthew C. Friedman
ANKIN LAW OFFICE, LLC
10 N. Dearborn St., Suite 500
Chicago, IL 60602
(p) 312-600-0000
mfriedman@ankinlaw.com
ARDC# 6216097

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See Instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Postal Service<br>433 W Harrison Street<br>Chicago, IL 60699 | Saeed Haddad<br>12904 South Marquette Avenue<br>Chicago, IL 60633 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 05/21/1971 | Married | 06/06/2023 Thursday | 9:30 PM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

At approximately 9:30 PM on 06/06/2023, Saeed Haddad's vehicle was struck from behind by USPS worker Rufuso McGee who was operating USPS vehicle number 7532227. This crash occurred at 545 N LaSalle Drive Chicago, Illinois. Mr. McGee caused the collision when he failed to stop for slowed traffic. This event is chronicled in Illinois Traffic Crash Report: JG291559.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

2022 Chevy Traverse. Damages to the rear end of the vehicle.

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Mr. Haddad suffered severe injuries including but not limited to: a torn supraspinatus tendon in his left shoulder, bluging discs in his lumbar spine at L4-L5 and L5-S1. As well as injuries to his neck, both knees and both hands.

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Saeed Haddad | 12904 South Marquette Avenue Chicago, IL 60633 |
| Rufuso McGee | 14315 Pennsylvania Avenue Dolton, IL 60419 |

12. (See instructions on reverse). **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | $10,000,000 | | $10,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (312) 600-0000 | |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2



EXHIBIT A

| INSURANCE COVERAGE ||
|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. ||
| 15. Do you carry accident insurance? ☒ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No ||
| State Farm Insurance PO Box 106172 Atlanta, GA 30348-6172<br>Policy # J990-597-13<br>Calim # 13-50X3-63B ||
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No<br><br>Deductible | 17. If deductible, state amount.<br><br>$500 |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).<br>Carrier is presenting a claim for insured deductible and State Farm's interest. State Farm with reimburse their insured's deductible upon receipt of payment. ||
| 19. Do you carry public liability and property damage insurance? ☒ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No<br><br>State Farm Insurance PO Box 106172 Atlanta, GA 30348-6172 ||

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.
  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK